UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ALLEN ATKINS #742687,

    Plaintiff,

v.

    Case No. 2:23-cv-114

    HONORABLE PAUL L. MALONEY

UNKNOWN MYERS, et al.,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed a motion for summary judgment. Defendants filed a motion for partial summary judgment. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on January 24, 2024, recommending that this Court deny Plaintiff's motion and grant Defendants' motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 25) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's motion for summary judgment (ECF No. 22) is DENIED.

**IT IS FURTHER ORDERED** that Defendants' motion for partial summary judgment (ECF No. 20) is GRANTED. Plaintiff's retaliatory misconduct claim against Defendant CO Myers remains.

Dated: February 26, 2024              /s/ Paul L. Maloney
                                                                               Paul L. Maloney
                                                                              United States District Judge