UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ALLEN ATKINS #742687,

    Plaintiff,

v.

    Case No. 2:23-cv-114

    HONORABLE PAUL L. MALONEY

UNKNOWN MYERS, et al.,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendant Myers filed a motion for summary judgment. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on November 22, 2024, recommending that this Court grant the motion and dismiss the case[1]. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 35) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 32) is GRANTED.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith. See *McGore v. Wrigglesworth*,

---

[1] The other Defendants named in Plaintiff's complaint were dismissed by prior orders of the court (ECF Nos. 15 and 26).

114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

 A Judgment will be entered consistent with this Order.

Dated:  December 30, 2024           /s/  Paul L. Maloney
                          Paul L. Maloney
                         United States District Judge