UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ALLEN ATKINS #742687,

    Plaintiff,

v.

UNKNOWN MYERS, et al.,

    Defendants.
_____/

Case No. 2:23-cv-114

HONORABLE PAUL L. MALONEY

## JUDGMENT

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated: December 30, 2024

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge